-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **SHEILA and BRITTNEY DRINNON,** as next of kin and Personal Representatives of **THE ESTATE OF JEFFREY DRINNON,**<br><br>Plaintiffs,<br><br>v.<br><br>**CLAIBORNE COUNTY,**<br>**SHERIFF ROBERT BROOKS,**<br>**SGT. DEWAYNE NAPIER,**<br>**DEPUTY ADAM SOUTHERN,**<br>**DEPUTY CARL MOZINGO,**<br>**DEPUTY BRIAN ISBELL,**<br>**DEPUTY JACOB CRAWFORD,**<br>**UNKNOWN MEDICAL PROFESSIONAL(S),**<br>**UNKNOWN JAIL OFFICER(S), and,**<br>**SOUTHERN HEALTH PARTNERS, Inc.**<br><br>Defendants. | Case No. 2:20-cv-00029 |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by and between the parties and their counsel that the above-caption matter is to be voluntarily dismissed, without prejudice against all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 2nd day of June, 2021.

-1-

**THE BOWLIN LAW FIRM P.C.**

By: _____s/ Troy L. Bowlin II_____ *for The Firm*
Troy L. Bowlin, II No. 025893
*Attorney for Plaintiffs*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
Telephone: 865.245.2011
www.bowlinlawfirmpc.com
troy@tblf-pc.com


**MILLIGAN and COLEMAN**

By: _____s/ Jeffrey Ward w/ Permission_____
Jeff Ward
Attorney for Southern Health Partners
P.O. Box 1060
230 West Depot St.
Greeneville, TN 37744

**SPICER RUDSTROM PLLC**

By: _____s/ Rhonda Bradshaw w/ Permission_____
Rhonda Bradshaw
Attorney for County Defendant(s)
800 South Gay St. Suite 1400
Knoxville, TN 37929

## CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2021, a copy of Plaintiffs' Rule 26 Initial Disclosures in this case was sent to by U.S. Mail, posted prepaid or by hand delivery, facsimile, or e-mail to:

**Rhonda Bradshaw**
Spicer Rudstrom, PLLC (Knox)
800 South Gay Street
Suite 1400
Knoxville, TN 37929
Email: rlb@spicerfirm.com

**Jeffrey M. Ward**
MILLIGAN & COLEMAN PLLP
P.O. Box 1060
Greeneville, TN 37744-1060
E-mail: jward@milligancoleman.com

**THE BOWLIN LAW FIRM P.C.**

BY: __s/ Troy L. Bowlin II__ *for the Firm*
Troy L. Bowlin, II BPR No. 025893
*Attorney for Plaintiffs*
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929